IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ZAYZHON THOMPSON                                                                                PETITIONER

v.                                  NO. 4:20-cv-00199 BRW

DEXTER PAYNE, Director of the                                                           RESPONDENT
Arkansas Division of Correction

ORDER

I have received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful, de novo review of the record, I approve and adopt the findings and recommendation in all respects.

The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by petitioner Zayzhon Thompson is dismissed. All requested relief is denied, and judgment will be entered for respondent Dexter Payne. In accordance with Rule 11(a) of the Rules Governing §2254 Cases in the United States District Courts, a certificate of appealability is also denied because Davis cannot make a "substantial showing of the denial of a constitutional right." See 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED this 9th day of September, 2020.

                                                Billy Roy Wilson_____
                                                UNITED STATES DISTRICT JUDGE