# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ZAYZHON THOMPSON**                                                                                    **PETITIONER**

**v.**                                       **NO. 4:20-cv-00199 BRW**

**DEXTER PAYNE, Director of the**                                                              **RESPONDENT**
**Arkansas Division of Correction**

## JUDGMENT

Consistent with the Order entered today, judgment is entered for respondent Dexter Payne.

IT IS SO ORDERED this 9th day of September, 2020.


                                         Billy Roy Wilson_____
                                         UNITED STATES DISTRICT JUDGE